UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 21-1081 MWF (SHKx)**                    Date:  October 07, 2021

Title      **Joseph Garcia v. Geodis Logistics, LLC, et al.**

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 1, 2021, the parties filed a Joint Stipulation to Permit Plaintiff to File an Amended Complaint (the "Stipulation").  (Docket No. 12).  That same day, the Court granted the Stipulation (the "Order").  (Docket No. 13).  Pursuant to the modified Order, Plaintiff was to file the First Amended Complaint (the "FAC") no later than September 3, 2021, and Defendants' deadline to respond to the FAC was within 30 days of filing the FAC.  In addition, all claims in Plaintiff's initial Complaint against Defendant Mike Honious were dismissed without prejudice.

A review of the docket reflects that Plaintiff has failed to file the FAC as requested by the parties and ordered by the Court.

The Court now **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, Plaintiff may file the FAC attached to the Stipulation as Exhibit A no later than **OCTOBER 15, 2021**.  Defendants shall respond within 30 days of the filing of the FAC.

If the matter has settled, the parties shall file a Notice of Settlement, or if there are other matters to be brought to the Court's attention, a Joint Status Report shall be filed by **OCTOBER 15, 2021**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **EDCV 21-1081 MWF (SHKx)**                    Date:  October 07, 2021

Title          **Joseph Garcia v. Geodis Logistics, LLC, et al.**

        No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **October 15, 2021** will result in the dismissal of this action.

        IT IS SO ORDERED.

                                                                        Initials of Preparer:  RS/sjm