JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARCIA, individual and class representative on behalf of himself and all other similarly situated non-exempt former and current employees,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GEODIS LOGISTICS, LLC; a Tennessee limited liability company; GEODIS USA, LLC, a Tennessee limited liability company; GEODIS SCO USA, LLC, a Delaware limited liability company; OZBURN-HESSEY LOGISTICS, LIMITED LIABILITY COMPANY, a Tennessee limited liability company; MIKE HONIOUS, an individual; and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | Case No.: 5:21−cv−01081-MWF (SHKx)<br><br>ASSIGNED TO JUDGE MICHAEL W. FITZGERALD<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY ORDERED that pursuant to the Joint Stipulation Requesting Voluntary Dismissal With Prejudice filed by Plaintiff and Defendant, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated:  April 25, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge